No. 75–914. WALLACE ET AL. v. HOUSE, REGISTRAR OF VOTERS, ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *East Carroll Parish School Board* v. *Marshall,* 424 U. S. 636 (1976), and 89 Stat. 400, 42 U. S. C.

§ 1973 *et seq.* (1970 ed., Supp. V).